**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

UNITED STATES OF AMERICA
ex rel. TIMOTHY JAMES COLLINS,

Plaintiff,

v. CASE NO. 5:24cv69-RH-MJF

2H&V CONSTRUCTION SERVICES, LLC and GULF PACIFIC CONTRACTING, LLC,

Defendants.

_____________________________________/

**ORDER EXTENDING THE DEADLINE TO INTERVENE**

The government's motion to extend the seal and the deadline to intervene, ECF No. 13, is granted. The clerk must continue to maintain the file under seal. The deadline to intervene is extended to April 10, 2025. Any request for a further extension should include sufficient detail to demonstrate diligence during the entire pendency of the action to that point.

SO ORDERED on February 13, 2025.

s/Robert L. Hinkle
United States District Judge