IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA
*ex rel.* TIMOTHY JAMES
COLLINS,

Plaintiff,

vs.

2H&V CONSTRUCTION
SERVICES,
LLC and GULF PACIFIC
CONTRACTING, LLC,

Defendants.

Civil Case No. 5:24-cv-69-RH/MJF

**FILED *EX PARTE***
**AND UNDER SEAL**

**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

On March 13, 2025, Relator Timothy James Collins filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

FILED USDC FLND TL
MAR 14 '25 AM10:52

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal Without Prejudice, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

March 13, 2025

Respectfully submitted,

MICHELLE SPAVEN
Acting United States Attorney

/s/ *Mary Ann Couch*

MARY ANN COUCH
Assistant United States Attorneys
Pensacola Division
21 East Garden Street, Suite 400
Pensacola, FL 32502
Telephone: (850) 444-4000
E-mail: mary.ann.couch@usdoj.gov

Counsel for the United States of America