IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA *ex rel.* TIMOTHY JAMES COLLINS,

Plaintiff,

vs.

2H&V CONSTRUCTION SERVICES, LLC and GULF PACIFIC CONTRACTING, LLC,

Defendants.

Civil Case No. 5:24-cv-69-RH/MJF

**FILED *EX PARTE* AND UNDER SEAL**

**ORDER**

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relator and as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this

case. All other contents of the Court's file in this action shall remain under seal and not be made public.

This _____ day of _____________, 20__.

______________________________
United States District Judge